UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUAN ORTEGA, :
on behalf of himself and all others similarly :
situated, :
: 21-cv-10070 (VSB)
Plaintiff, :
: **ORDER**
-against- :
:
PAX LABS, INC., :
:
Defendant. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: March 11, 2022
   New York, New York

                     *Vernon Broderick*
                     Vernon S. Broderick
                     United States District Judge